Willie Frank Jackson #1931429
Robertson Unit
12071 FM 3522
Abilene, Texas 79601

Supreme Court of Criminal Appeals
Office of The Clerk
P.O. Box 12308
Austin, Texas 78711

July 16, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 20 2015

Abel Acosta, Clerk

Dear Clerk:

I am writing concerning the cost of Trial Transcripts in Cause No. 27295 (Trial) & 06-14-00097-CR (Appeals), out of the 354th Judicial District Court of Hunt County, Tex. 75403. It would be highly appreciated and respected for your assistance in this important matter at your earliest convenience. Thanking you in advance.

Respectfully Submitted,

Willie F. #1931429

Jackson, Willie F. #1931429
Robertson Unit
12071 FM 3522
Abilene, Texas 79601

cc/file: 
7/16/15